**LEO'S ENTERPRISES, INC., d/b/a Johnson County Livestock Market, Appellant,**

v.

**Phil WARNER, Respondent.**

No. WD 40769.

Missouri Court of Appeals, Western District.

April 4, 1989.

Kevin Kelly and Joe F. Willerth, Independence, for appellant.

L. Clay Barton, and Samuel S. Zollicker, Oak Grove, Cochran, Oswald, Barton, Mc-

Donald and Graham, P.C., Blue Springs, for respondent.

Before NUGENT, P.J., and SHANGLER and CLARK, JJ.

### ORDER

PER CURIAM.

Appeal from a non-jury trial of a petition on account.

Judgment affirmed. Rule 84.16(b).